IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**COY'S HONEY FARM, INC.**                                                                 **PLAINTIFF**

v.                                    **CASE NO. 3:25-CV-00067-BSM**

**BAYER CORPORATION,** *et al.*                                                          **DEFENDANTS**

## ORDER

This case was opened in error. The clerk is directed to administratively terminate this case and to file the transfer documents in the original case *Coy's Honey Farm, Inc. v. Bayer Corporation et al.*, No. 3:21-cv-00104-KGB.

IT IS SO ORDERED this 8th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE